UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------------X     07CV1728 (AKH)
JAN WOLKOWICZ (AND WIFE, GRACE WOLKOWICZ),

                    Plaintiffs,

       -  against --
                                                                ANSWER


100 CHURCH, LLC, 160 WATER ST., INC., 160
WATER STREET ASSOCIATES, 4101 AUSTIN BLVD
CORPORATION, ALAN KASMAN DBA KASCO,
AMBIENT GROUP, INC., ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING- STEAMATIC CATASTOPHE,
INC.D/B/A BMS CAT, BOARD OF EDUACATION OF
THE CITY OF NEW YORK, BROOKFIELD FINANCIAL
PROPERTIES, INC.BROOKFIELD FINANCIAL PROPERTIES,
LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC.,
CAPITAL PROPERTIES INC., CUNNINGHAM DUCT CLEANING
CO., INC., DEPARTMENT OF BUSINESS SERVICES,
ENVIROTECH CLEAN AIR, INC., G.L.O. MANAGEMENT, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC. INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO.
LAW ENGINEERING P.C., MERRILL LYNCH& CO. INC,
MSDW 140 BROADWAY PROPERTY L.L.C., NEW YORK
CITY SCHOOL CONSTRUCTION AUTHORITY, NEW
YORK UNIVERSITY, NOMURA HOLDING AMERICA,
INC. NOMURA SECURITIES INTERNATIONAL, INC.,
ONE WALL STREET HOLDINGS LLC, ROYAL AND
SUN ALLIANCE INSURANCE GROUP, PLC,
STRUCTURE TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., THAMES REALTY CO.
THE BANK OF NEW YORK COMPANY, INC.,
TOSCORP INC., TRC ENGINEERS, INC.TRIBECA
LANDING L.L.C., TRINITY CENTRE, LLC., US
GOVERNMENT, VERIZON NEW YORK, INC., WESTON
SOLUTIONS, INC. WFP TOWER B CO. G.P. CORP.,
WFP TOWER B HOLDING CO., LP., WFP TOWER B

CO., L.P., AND ZAR REALTY MANAGEMENT CORP., ET AL

                Defendants.

-------------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       September 14, 2007

                          Yours, etc.

                          FRIEDMAN, HARFENIST, LANGER & KRAUT
                          Attorneys for Defendant –Envirotech
                          3000 Marcus Avenue, Suite 2E1
                          Lake Success, New York 11042
                          (516) 775-5800

                          BY: _____
                                Heather L. Smar (4622)