Gail L. Ritzert, Esq. (GR6120)
HAVKINS ROSENFELD RITZERT & VARRIALE, LLP
114 Old Country Road, Suite 300
Mineola, New York 11501
(516) 620-1700

Attorneys for Defendants Trinity Centre LLC and Capital Properties NY LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

IN RE: WORLD TRADE CENTER LOWER          **MASTER CASE NO.**
MANHATTAN DISASTER SITE LITIGATION       **21 MC 102 (AKH)**
------------------------------------------------------------------------X

JAN WOLKOWICZ AND GRACE WOLKOWICZ,       **DOCKET NO.**
                                         **07-CV-1728**

                              Plaintiffs,

                                         **NOTICE OF THE TRINITY**
                                         **CENTRE LLC AND CAPITAL**
          -against-                      **PROPERTIES NY LLC**
                                         **ADOPTION OF ANSWER TO**
100 CHURCH, LLC, et al.,                 **MASTER COMPLAINT**

                              Defendants.
------------------------------------------------------------------------X


**PLEASE TAKE NOTICE** that defendants TRINITY CENTRE LLC and CAPITAL

PROPERTIES NY LLC i/s/h/a CAPITAL PROPERTIES, INC. (hereinafter referred to as

"TRINITY CENTRE and CAPITAL PROPERTIES"), as and for their response to the

allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master

Complaint filed in the above referenced action, hereby adopt the TRINITY CENTRE and

CAPITAL PROPERTIES Answer to Master Complaint, dated August 1, 2007, which was filed

in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102

(AKH).

**PLEASE TAKE FURTHER NOTICE,** TRINITY CENTRE and CAPITAL PROPERTIES, reserve the right to file any Amended Answer and the right to interpose Cross-Claims against any and all defendants and third-party defendants.

**WHEREFORE,** TRINITY CENTRE and CAPITAL PROPERTIES demand judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: Mineola, New York
      September 17, 2007

                                          **HAVKINS ROSENFELD RITZERT
& VARRIALE, LLP**

                                          By: _____
                                               Gail L. Ritzert, Esq. (GR6120)
                                        Attorneys for Defendants
                                        TRINITY CENTRE LLC and CAPITAL
                                        PROPERTIES NY LLC i/s/h/a CAPITAL
                                        PROPERTIES, INC.
                                        114 Old Country Road, Suite 300
                                        Mineola, New York 11501
                                        (516) 620-1710
                                        File No. 03138-0390

{ 01151618.DOC /}