UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-----------------------------------------------------------------X

| | |
|---|---|
| JAN WOLKOWICZ (AND WIFE, GRACE WOLKOWICZ), | 07-CV-1728-AKH |
| Plaintiff, | **APPEARANCE** |
| - against - | **ELECTRONICALLY FILED** |
| 100 CHURCH, LLC, *et al.*, | |
| Defendants. | |

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York        DICKSTEIN SHAPIRO LLP
        October 3, 2007

                                  By:    /s/ Judith R. Cohen
                                         Judith R. Cohen (JC-8614)
                                         1177 Avenue of the Americas
                                         New York, New York 10036
                                         Phone: (212) 277-6500
                                         Fax: (212) 277-6501
                                         *Attorney for Defendant*
                                         MERRILL LYNCH & CO., INC.


DOCSNY-271868v01