x:\ATS51895\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X     21 MC 102 (AKH)
JAN WOLKOWICZ AND GRACE WOLKOWICZ,

                Civil Action No.: 07 CV 1728

                NOTICE OF ADOPTION

        Plaintiff(s),
  - against -

100 CHURCH, LLC, 160 WATER ST., INC., 160 WATER
STREET ASSOCIATES, 4101 AUSTIN BLVD
CORPORATION, ALAN KASMAN DBA KASCO, AMBIENT
GROUP, INC., ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY, BLACKMON-
MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS
CAT, BOARD OF EDUCATION OF THE CITY OF NEW
YORK, BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., CAPITAL PROPERTIES,
INC., CUNNINGHAM DUCT CLEANING CO., INC.,
DEPARTMEJNT OF BUSINESS SERVICES, ENVIROTECH
CLEAN AIR, INC., G.L.O. MANAGEMENT, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR AIR
PROFESSIONALS, INC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION SERVICES
CO., LAW ENGINEERING P.C., MERRILL LYNCH & CO,
INC., MSDW 140 BROADWAY PROPERTY L.L.C., NEW
YORK CITY SCHOOL CONSTRUCTION AUTHORITY,
NEW YORK UNIVERSITY, NOMURA HOLDING

AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE WALL STREET HOLDINGS, LLC., ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THAMES REALTY CO, THE BANK OF NEW YORK COMPANY, INC., TOSCORP INC., TRC ENGINEERS, INC., TRIBECA LANDING L.L.C., TRINITY CENTRE, LLC, US GOVERNMENT, VERIZON NEW YORK, INC, WESTON SOLUTIONS, INC., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, AND ZAR REALTY MANAGEMENT CORP., ET AL.,

      Defendant(s).
------------------------------------------------------------------------X

COUNSELORS:

 PLEASE TAKE NOTICE that defendants, ANN TAYLOR STORES CORPORATION, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

 To the extent that ANN TAYLOR STORES CORPORATION's, Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

 WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
       October 15, 2007

                                             /s/
                                ROGER P. McTIERNAN, JR. (RPM 1680)
                                BARRY, McTIERNAN & MOORE
                                Attorneys for Defendants
                                ANN TAYLOR STORES CORPORATION.
                                2 Rector Street – 14th Floor
                                New York, New York 10006
                                (212) 313-3600