UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

21 MC 102 (AKH)

IN RE: LOWER MANHATTAN
DISASTER SITE LITIGATION

THIS DOCUMENT RELATES TO THE
FOLLOWING CASES:

| Case | Docket No.: |
|---|---|
| Agudelo, Gladys | 07-CV-4446 |
| Arias, Arturo (and Wife, Marilyn Quintana) | 07-CV-05274 |
| Barahona, Jose (and Wife, Domenica Barahona) | 07-CV-05550 |
| Bastidas, Julio | 07-CV-05276 |
| Belkowski, Wlodzimierz (and Wife, Teresa Belkowski) | 07-CV-05339 |
| Bikowski, Roman (and Wife, Nella Bikowski) | 06-CV-14496 |
| Borkowski, Josef, As Administrator of the Estate of Jan Pietraszkiewicz, and Josef Borkowski Individually | 06-CV-2527 |
| Calle, Maria Rocio | 07-CV-4458 |
| Cantos, Ana Patricia | 05-CV-1272 |
| Cardona, Luz | 05-CV-417 |
| Carrasco, Victor (and Wife, H Leon) | 06-CV-0459 |
| Carvajal, Javier | 06-CV-8348 |
| Castillo, Silvia (and Husband, Segundo Siguencia) | 05-CV-1718 |
| Cayetano, Teresita | 07-CV-05282 |
| Encalada, Luis K. | 07-CV-05354 |
| Galvis, Edgar O | 06-CV-3422 |
| Gavidia, Blanca (and Husband, Alexo Gavidia) | 07-CV-4468 |
| Guerrero, Antonio | 07-CV-05294 |
| Hualpa, Angel (and Wife, Rosa Hualpa) | 05-CV-2501 |
| Hurtado, Julio (and Wife, Elda Monica Montes) | 07-CV-05295 |
| Iwanczyk, Wladyslaw (and Wife, Jadwiga Iwanczyk) | 07-CV-05362 |
| Jalil, Julio (and Wife, Charinil Jalil) | 07-CV-4476 |
| Jaramillo, Jonas (and Wife, Blanca Jaramillo) | 06-CV-14746 |
| Kopcza, Michal | 07-CV-05396 |
| Kosowski, Edward (and Wife, Elzbieta Stefanska) | 07-CV-05299 |
| Kwasniak, Boguslaw (and Wife, Malgorzata Kwasniak) | 07-CV-05300 |
| Loja, Jose | 06-CV-12219 |
| Martz, Kevin (and Wife, Stephanie Martz) | 05-CV-1650 |
| Mendoza, Enrique (and Wife, Maria De Mendoza) | 07-CV-05302 |

| | |
|---|---|
| Mesa, Luis F. (and Wife, Maria Mesa) | 07-CV-05303 |
| Mora, Eugenio (and Wife, Olga Mora) | 06-CV-13168 |
| Narvaez, Julia | 07-CV-05304 |
| Orellana, Edgar | 07-CV-05398 |
| Ortiz, Daisy (and Husband, Edwin Ortiz) | 07-CV-05420 |
| Ostrzycki, Wladyslaw (and Wife, Wieslawa Ostrzycka) | 07-CV-05375 |
| Rendon, Guelmer | 07-CV-4510 |
| Rojas, Jaime (and Wife, Johanna Hernandez) | 07-CV-4511 |
| Romaniuk, Mieczyslaw | 07-CV-05316 |
| Ruiz, Arley | 07-CV-05317 |
| Saeteros, Milton I. | 07-CV-05383 |
| Sanchez, Wilson | 07-CV-05386 |
| Slesicki, Jerzy | 06-CV-6814 |
| Valencia, Carlos A. (and Wife, Gloria N. Bonilla) | 07-CV-05324 |
| Vasquez, Jose (and Wife, Liliana G Vasquez) | 07-CV-2708 |
| Villa, Patricia | 07-CV-05326 |
| Villa, Virginia (and Husband, Rafael Villa) | 06-CV-15118 |
| Wolkowicz, Jan (and Wife, Grace Wolkowicz) | 07-CV-1728 |
| Zalewski, Krzysztof (and Wife, Danuta Zalewska) | 07-CV-05330 |

## NOTICE OF APPEARANCE

Please enter the appearance of John J. Henry, Esq., of the law firm of Whiteman Osterman & Hanna LLP, as counsel for Defendant TRC Engineers, Inc. in the above-captioned actions.

Dated: Albany, New York
October 26, 2007

WHITEMAN OSTERMAN & HANNA LLP

BY: _____
John J. Henry (JH-7137)
Attorneys for Defendant
    TRC Engineers, Inc.
One Commerce Plaza
Albany, New York  12260
(518) 487-7650

3

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Appearance was served this 26th day of October, 2007, via ECF upon the ECF participants.

*Carrie L. Lalyer*
Carrie L. Lalyer