KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER            21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION


------------------------------------------------------------------x
JAN WOLKOWICZ and GRACE WOLKOWICZ,
                                                                          DOCKET NO:
                                                                          07 CV 1728


                       Plaintiffs,
     -against-

100 CHURCH, LLC, 233 BROADWAY OWNERS,              NOTICE OF
LLC., 90 CHURCH STREET LIMITED                     APPEARANCE
PARTNERSHIP, ALAN KASMAN DBA KASCO,
AMBIENT GROUP, INC., ANN TAYLOR
STORES CORPORATION, BATTERY PARK CITY
AUTHORITY, BELFOR USA GROUP, INC., BFP
ONE LIBERTY PLAZA CO., LLC., BLACKMON-
MOORING STEAMATIC CATASTOPHE, INC.,
d/b/a BMS CAT, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.C.,
BROOKFIELD PARTNERS, L.P., BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS, INC., CUNNINGHAM
DUCT CLEANING CO., ENVIROTECH CLEAN
AIR, INC., ENERAL RE SERVICES COP.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC
INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASKO RESTORATION SERVICES CO., LAW

ENGINEERING, P.C., MERILL LYNCH & CO.,
MERILL LYNCH & CO., INC., NATIONAL
ASSOCIATION OF SECURITIES DEALERS, INC.,
NEW LIBERTY PLAZA, L.P., NEW YORK CITY
ECONOMIC DEVELOPMENT CORPORATION, NEW YORK
CITY INDUSTRIAL DEVELOPMENT AGENCY,
NEW YORK CITY INDUSTRIAL DEVELOPMENT
CORPORATION, NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
ONE LIBERTY PLAZA, ONE WALL STREET
HOLDINGS, LLC, ROYAL AND SUNALLIANCE
INSURANCE GROUP, PLC., SAKALE BROTHERS, LLC
STRUCTURE TONE GLOBAL SERVICES, INC.,
STRUCTURE TONE (UK), INC., THE BANK OF NEW
YORK COMPANY, INC., THE BOARD OF MANAGER
OF THE ONE LIBERTY PLAZA CONDOMINIUM
(CONDO # 1178), THE CITY OF NEW YORK, THE ONE
LIBERTY PLAZA CONDOMINIUM (CONDO # 1178),
TOSCORP., INC., TRC ENGINEERS, INC., TUCKER
ANTHONY, INC., VERIZON COMMUNICATIONS, INC.,
VERIZON NEW YORK, INC., VERIZON PROPERTIES,
INC., WFP ONE LIBERTY PLAZA, CO., LP., WFP ONE
LIBERTY PLAZA CO., GP., CORP., WFP TOWER A CO., L.P.,
WFP TOWER A CO., WFP TOWER A. CO., GP. CORP.,
WORLD FINANCIAL PROPERTIES, LP.C., and ZAR
REALTY MANAGEMENT CORP.,
                              **Defendants.**
.................................................................................X

To the Clerk of this Court and all parties of record:

   Enter my appearance as counsel in this case for:

   **CUNNINGHAM DUCT WORK s/h/i/a
   CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
January 14, 2008

                    Kevin G. Horbatiuk
                    Kevin G. Horbatiuk (KGH4977)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
RKT File No. 824.078

TO: CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**JAN WOLKOWICZ and GRACE WOLKOWICZ**
115 Broadway 12th Floor
New York, New York 10006
(212) 267-3700

## CERTIFICATION OF SERVICE

    I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 14th day of January, 2008.

    CHRISTOPHER R. LaPOLA, ESQ.,
    WORBY GRONER EDELMAN & NAPOLI BERN, LLP
    Attorney for Plaintiffs
    **JAN WOLKOWICZ and GRACE WOLKOWICZ,**
    115 Broadway 12th Floor
    New York, New York 10006

                                    */s/ Kevin G. Horbatiuk*
                                    KEVIN G. HORBATIUK