KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| IN RE COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

------------------------------------------------------------------x

| | |
|---|---|
| JAN WOLKOWICZ and GRACE WOLKOWICZ, | DOCKET NO: 07 CV 1728 |
| Plaintiffs, | |
| -against- | |
| 100 CHURCH, LLC, 233 BROADWAY OWNERS, LLC., 90 CHURCH STREET LIMITED PARTNERSHIP, ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC., ANN TAYLOR STORES CORPORATION, BATTERY PARK CITY AUTHORITY, BELFOR USA GROUP, INC., BFP ONE LIBERTY PLAZA CO., LLC., BLACKMON-MOORING STEAMATIC CATASTOPHE, INC., d/b/a BMS CAT, BOSTON PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, L.C., BROOKFIELD PARTNERS, L.P., BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS, INC., CUNNINGHAM DUCT CLEANING CO., ENVIROTECH CLEAN AIR, INC., ENERAL RE SERVICES COP., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC INDOOR AIR PROFESSIONALS, INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASKO RESTORATION SERVICES CO., LAW | NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT |

ENGINEERING, P.C., MERILL LYNCH & CO.,
MERILL LYNCH & CO., INC., NATIONAL
ASSOCIATION OF SECURITIES DEALERS, INC.,
NEW LIBERTY PLAZA, L.P., NEW YORK CITY
ECONOMIC DEVELOPMENT CORPORATION, NEW YORK
CITY INDUSTRIAL DEVELOPMENT AGENCY,
NEW YORK CITY INDUSTRIAL DEVELOPMENT
CORPORATION, NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
ONE LIBERTY PLAZA, ONE WALL STREET
HOLDINGS, LLC, ROYAL AND SUNALLIANCE
INSURANCE GROUP, PLC., SAKALE BROTHERS, LLC
STRUCTURE TONE GLOBAL SERVICES, INC.,
STRUCTURE TONE (UK), INC., THE BANK OF NEW
YORK COMPANY, INC., THE BOARD OF MANAGER
OF THE ONE LIBERTY PLAZA CONDOMINIUM
(CONDO # 1178), THE CITY OF NEW YORK, THE ONE
LIBERTY PLAZA CONDOMINIUM (CONDO # 1178),
TOSCORP., INC., TRC ENGINEERS, INC., TUCKER
ANTHONY, INC., VERIZON COMMUNICATIONS, INC.,
VERIZON NEW YORK, INC., VERIZON PROPERTIES,
INC., WFP ONE LIBERTY PLAZA, CO., LP., WFP ONE
LIBERTY PLAZA CO., GP., CORP., WFP TOWER A CO., L.P.,
WFP TOWER A CO., WFP TOWER A. CO., GP. CORP.,
WORLD FINANCIAL PROPERTIES, LP.C., and
ZAR REALTY MANAGEMENT CORP.,

          **Defendants.**
.................................................................................x

  **PLEASE TAKE NOTICE**, that defendant CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC. ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102(AKH).

  **WHEREFORE**, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      January 14, 2008

                                      <u>Kevin G. Horbatiuk</u>
                                      Kevin G. Horbatiuk (KGH4977)
                                      Attorneys for Defendant
                                      **CUNNINGHAM DUCT WORK s/h/i/a**
                                      **CUNNINGHAM DUCT CLEANING CO., INC.**
                                      RUSSO, KEANE & TONER, LLP
                                      26 Broadway, 28th Floor
                                      New York, New York 10004
                                      (212) 482-0001
                                      RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
         WORBY GRONER EDELMAN & NAPOLI BERN, LLP
         Attorney for Plaintiffs
         **JAN WOLKOWICZ and GRACE WOLKOWICZ**
         115 Broadway 12th Floor
         New York, New York 10006
         (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 14th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**JAN WOLKOWICZ and GRACE WOLKOWICZ,**
115 Broadway 12th Floor
New York, New York 10006

*[signature]*
KEVIN G. HORBATIUK