UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
----------------------------------------------------------------x
JAN WOLKOWICZ AND GRACE WOLKOWICZ

           Plaintiffs,        07CV1728

 Against

                    ANSWER TO
                    AMENDED
                    COMPLAINT

100 CHURCH, LLC, 120 BROADWAY
CONDOMINIUM (CONDO #871),
120 BROADWAY HOLDING, LLC,
120 BROADWAY PROPERTIES, LLC,
120 BROADWAY, LLC, 160 WATER ST., INC.,
160 WATER STREET ASSOCIATES,
4101 AUSTIN BLVD CORPORATION,
715 REALTY CORP,
ALAN KASMAN DBA KASCO, AMBIENT
GROUP, INC., ANN TAYLOR STORES.
CORPORATION, BATTERY PARK CITY
AUTHORITY, BLACKMON-MOORING
STEAMATIC CATASTOPHE, INC. D/B/A BMS
CAT, BOARD OF EDUCATION OF THE CITY
OF NEW YORK, BOARD OF MANAGERS OF
THE 120 BROADWAY CONDOMINIUM
(CONDO #871), BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS,
LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDNGS.INC., CAPITAL PROPERTIES, INC.,
CITIBANK, NA, CUNNINGHAM DUCT
CLEANING CO., INC., DEPARTMENT OF
BUSINESS SERVICES, ENVIROTECH CLEAN
AIR., INC. G.L.O. MANAGEMENT, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR AIR PROFESSIONALS, INC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO., LAW
ENGINEERING P.C., MERRILL LYNCH & CO,

INC., MSDW 140 BROADWAY PROPERTY
L.L.C., NEW YORK CITY SCHOOL
CONSTRUCTION AUTHORITY, NEW YORK
UNIVERSITY; NOMURA HOLDING AMERICA,
INC., NOMURA SECURITIES
INTERNATIONAL, INC., ONE WALL STREET
HOLDINGS, LLC., ROYAL AND
SUNALLLANCE INSURANCE GROUP, PLC,
SILVERSTEIN PROPERTIES, INC.,
STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC.; THAMES
REALTY CO, THE BANK OF NEW YORK
COMPANY, INC., TOSCORP NC., TRC
ENGINEERS, NC, TRIBECA LANDING L.L.C.,
TRINITY CENTRE, LLC, US GOVERNMENT,.
VERIZON NEW YORK, NC, WESTON
SOLUTIONS, INC., WFP TOWER B CO. G.P.
CORP., WFP TOWER B HOLDING CO., LP,
WFP TOWER B. CO., L.P., AND ZAR REALTY
MANAGEMENT CORP., Et AL

                    Defendants.
------------------------------------------------------------------x

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Amended Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-

captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       March 7, 2008

                                Yours, etc.

                                FRIEDMAN, HARFENIST, LANGER & KRAUT
                                Attorneys for Defendant –Envirotech
                                3000 Marcus Avenue, Suite 2E1
                                Lake Success, New York 11042
                                (516) 775-5800

                                BY: _____
                                                Heather L. Smar (4622)